Josh Dickson 142921
*(full name/prisoner number)*
ISCC
P.O. Box 70010
Boise, ID 83707
*(complete mailing address)*

U.S. COURTS
Rcvd_____Filed_____Time_____
MAY 30 2025
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

Josh Dickson,
*(full name)*
   Plaintiff,

v.

Idaho Department of Corrections

   Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes   ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply)*:

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☒ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is ___Josh Dickson___. I am a citizen of the State of ___Idaho___, presently residing at ___Idaho State Correctional Center___.

PRISONER COMPLAINT - p. 1                                           *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **IDOC** (defendant), who was acting as **a Correctional Institution** (job title, if a person; function, if an entity)

   for the **State of Idaho**
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **3/17/25 - 3/20/25** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   I went to medical with chronic chest pain I was subsequentially put on suicide watch as a supplement to their "treatment" of my ailments by attacking me with a group effort several times while handcuffed to punch and elbow me in the face to the point of a black eye that stayed for a month a bit and they slammed my head on the floor stripped me completely naked and violated me drag me across the floor several times all while in handcuffs and didn't provide me any proper medical treatment

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

   Title 42, 1983

4. I allege that I suffered the following injury or damages as a result:

   I got a black eye for weeks I can't feel my thumb on my right hand nerve damage from the handcuffs lacerations to the back

5. I seek the following relief: Proper monetary compensation as well as penalties that will insure individual rights are no longer violated

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes  ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

### D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
|       |          |           |                |         |
|       |          |           |                |         |
|       |          |           |                |         |

### E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⊗  do not ◯  request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I am mentally deficient or incapable because of mental diagnoses that prevent me from properly and effectively representing my self. I do not know the laws or legal processes as well as being incarcerated. My personal resources for defense are very limited.

### F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 5/21/25 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)*

Executed at ISCC  on 5/21/25
            (Location)                  (Date)

_____
Plaintiff's Original Signature

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*